**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter    **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **One Off Rod & Custom, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-4122216** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **118 Sleepy Hallow Drive** **Suite 6** **Middletown, DE 19709** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **New Castle** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://oneoffhotrod.com/** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

Debtor  **One Off Rod & Custom, LLC**                                    Case number (*if known*) _____
          Name

**7.  Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

__8111__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**  *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

   ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | _____ | | _____ | | _____ | |

Debtor __One Off Rod & Custom, LLC_____     Case number (*if known*) _____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**     .     *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **One Off Rod & Custom, LLC**                    Case number (*if known*) _____
           Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **One Off Rod & Custom, LLC**                    Case number (*if known*) _____
         Name

| | |
|---|---|

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May  6, 2026**
              MM / DD / YYYY

**X** **/s/ Garyson Corkell**                              **Garyson Corkell**
Signature of authorized representative of debtor          Printed name

Title   **Owner**

**18. Signature of attorney**

**X** **/s/ Damien Nicholas Tancredi**               Date  **May  6, 2026**
Signature of attorney for debtor                          MM / DD / YYYY

**Damien Nicholas Tancredi**
Printed name

**Flaster/Greenberg, P.C.**
Firm name

**221 W. 10th Street**
**4th Floor**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **215-587-5675**      Email address   **damien.tancredi@flastergreenberg.com**

**5395 DE**
Bar number and State

**WRITTEN CONSENT OF SOLE SHAREHOLDER AND DIRECTOR**
**OF**
**ONE OFF ROD & CUSTOM, INC.**
**a Delaware corporation**

The undersigned, being the sole shareholder and sole director of One Off Rod & Custom, Inc., a Delaware corporation (the "Corporation"), hereby adopts the following resolutions by written consent pursuant to the Delaware General Corporation Law and the bylaws of the Corporation, effective as of May 6, 2026.

## RECITALS

WHEREAS, the undersigned has reviewed and considered the financial condition of the Corporation, including its current liabilities, creditor obligations, liquidity constraints, pending litigation and operational circumstances;

WHEREAS, the undersigned has determined that it is advisable, necessary, and in the best interests of the Corporation, its creditors, and other parties in interest for the Corporation to seek relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware;

WHEREAS, the undersigned has considered available alternatives and has determined that commencement of a voluntary Chapter 11 case is in the best interests of the Corporation and its estate;

NOW, THEREFORE, IT IS HEREBY:

## RESOLUTIONS

**Authorization to File Chapter 11 Bankruptcy Case**

RESOLVED, that the Corporation be, and hereby is, authorized to commence a voluntary case under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court");

RESOLVED FURTHER, that the President of the Corporation (the "Authorized Officer") be, and hereby is, authorized and directed, in the name and on behalf of the Corporation, to execute, verify, and file a voluntary petition for relief under Chapter 11, together with any and all schedules, statements, lists, pleadings, applications, declarations, affidavits, motions, and other documents necessary or appropriate in connection therewith;

**Retention of Professionals**

RESOLVED, that the Authorized Officer be, and hereby is, authorized to retain and employ bankruptcy counsel, special counsel, financial advisors, accountants, claims and noticing agents, restructuring consultants, and any other professionals deemed necessary

1

or appropriate in connection with the Chapter 11 case, subject to Bankruptcy Court approval where required;

RESOLVED FURTHER, that the Authorized Officer is authorized to negotiate, execute, and deliver any engagement agreements, retention agreements, or related documents in connection therewith;

**Authority to Operate and Administer Chapter 11 Case**

RESOLVED, that the Authorized Officer be, and hereby is, authorized and empowered to take any and all actions deemed necessary or appropriate in connection with the administration of the Chapter 11 case, including, without limitation:

1. operating the Corporation's business as debtor-in-possession;

2. maintaining existing bank accounts and cash management systems;

3. paying employee wages, taxes, insurance, and ordinary-course expenses;

4. using cash collateral and/or obtaining debtor-in-possession financing;

5. prosecuting, defending, settling, or otherwise administering litigation claims;

6. selling assets pursuant to section 363 of the Bankruptcy Code;

7. negotiating, proposing, and filing a plan of reorganization or liquidation;

8. executing all documents and instruments necessary to carry out these resolutions; and

9. taking any additional actions deemed necessary or desirable to preserve or maximize the value of the Corporation and its estate.

**Ratification of Prior Acts**

RESOLVED, that any and all actions previously taken by the Authorized Officer, directors, employees, agents, or professionals of the Corporation in contemplation of the filing of the Chapter 11 case or consistent with the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects;

**Authorized Officer**

RESOLVED, that Garyson Corkell, President of the Corporation, is hereby designated as the Authorized Officer with full authority to act on behalf of the Corporation in connection with the Chapter 11 case and the matters contemplated by these resolutions.

IN WITNESS WHEREOF, the undersigned has executed this Written Consent effective as of the date first written above.

**SOLE SHAREHOLDER AND SOLE DIRECTOR:**

*/s/ Garyson Corkell*

_____

Garyson Corkell

Sole Shareholder and Sole Director


**CERTIFICATION**

I, Garyson Corkell, President of One Off Rod & Custom, Inc., hereby certify that the foregoing resolutions were duly adopted and remain in full force and effect as of the date below.


Date: May 6, 2026

*/s/ Garyson Corkell*

_____

Garyson Corkell

President

3

# United States Bankruptcy Court
### District of Delaware

In re   **One Off Rod & Custom, LLC**         Case No. _____

                         Debtor(s)        Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Gary Corkell**<br>**118 Sleepy Hollow Dr.**<br>**Suite 6**<br>**Middletown, DE 19709** | **Stock** | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Owner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May  6, 2026** _____      Signature **/s/ Garyson Corkell** _____

                                             **Garyson Corkell**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

```
ADT (APELLES COLLECTIONS)
P.O. BOX 1578
MIDDLETOWN, OH 45042

ALBERT KREBS
45 BANGERT AVE
PERRY HALL, MD 21128

AMTRUST
800 SUPERIOR AVE.
20TH FLOOR
CLEVELAND, OH 44114

AMTRUST NORTH AMERICA
800 SUPERIOR AVENUE
CLEVELAND, OH 44114

CASELLA WASTE SYSTEMS
P.O. BOX 1371
WILLISTON, VT 05495

CINTAS
P.O. BOX 631025
CINCINNATI, OH 45263

COLOURS INC.
314 GABOR DR
NEWARK, DE 19711

DANNY BIERIG
3539 RIELLY CT.
VINELAND, NJ 08360

DENISE MULLIN
208 N. SPRING ST.
WILMINGTON, DE 19807

DEPARTMENT OF LABOR
P.O. BOX 9953
WILMINGTON, DE 19809

DON BRENNAN
67 RAMAPO VALLEY ROAD
SUITE 204
MAHWAH, NJ 07430

ED SEARS
85 CHILDS PT ROAD
ANNAPOLIS, MD 21401

FATTERMERCH
618 E. SOUTH ST.
STE 510
ORLANDO, FL 32801
```

```
FRANK BARILE
8206 GRAINFIELD ROAD
SEVERN, MD 21144

GUARDRAIL PARTNERS
C/O AAAGENT SERVICES, LLC
125 LOCUST STREET
HARRISBURG, PA 17101

JACK CRAIGHTON
1914 DELAWARE AVENUE
WILMINGTON, DE 19806

JAY JOHNSON
7905 MT HARMANY RD
OWINGS, MD 20736

JEFF CHAMBERS
P.O BOX 494
SEAFORD, DE 19973

JOE LONGO
9 BAYBERRY WAY
SWEDESBORO, NJ 08085

JOHN UPP
P.O. BOX 703
CECILTON, MD 21913

JULIAN SCOTT
319 PUTTER ST.
TOWNSEND, DE 19734

KELVIN BOULDIN
1206 TRILLIUM CT.
BELCAMP, MD 21017

MICHELLE CRAIGHTON
1914 DELAWARE AVE
WILMINGTON, DE 19806

MIKE GRAVENOR
2300 CENTERVILLE RD
WILMINGTON, DE 19808

NYQUIST INC.
900 W. 34TH ST
BALTIMORE, MD 21211

PAUL DAVIS RESTORATION
118 SLEEPY HOLLOW DR
STE 1
MIDDLETOWN, DE 19709
```

```
PETER ROE
137 MUNROE HALL
NEWARK, DE 19716

ROBERT MULLIN
208 N. SPRING ST.
WILMINGTON, DE 19807

SEM
P.O. BOX 987
NEW CASTLE, DE 19720

SHERRY POTTER
5 KARNIK COURT
LINCOLN UNIVERSITY, PA 19352

STAXPAY
618 E SOUTH ST
STE 510
ORLANDO, FL 32801

TRASH TECH
PO BOX 987
NEW CASTLE, DE 19720

TRAVELERS (VERLIANCE COLLECTIONS)
P.O. BOX 2989
HARTFORD, CT 06104

WASTER MASTERS
19 DAVIDSON LN
NEW CASTLE, DE 19720

WILLIAM LONG
5 SIR THOMAS LN
NEWARK, DE 19702
```

# United States Bankruptcy Court
## District of Delaware

In re   **One Off Rod & Custom, LLC**                                    Case No.
                                    Debtor(s)                 Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **One Off Rod & Custom, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Gary Corkell**
**118 Sleepy Hollow Dr.**
**Suite 6**
**Middletown, DE 19709**

☐ None [*Check if applicable*]

**May  6, 2026**
Date

**/s/ Damien Nicholas Tancredi**
**Damien Nicholas Tancredi**
Signature of Attorney or Litigant
Counsel for   **One Off Rod & Custom, LLC**
**Flaster/Greenberg, P.C.**
**221 W. 10th Street**
**4th Floor**
**Wilmington, DE 19801**
**215-587-5675 Fax:215-279-9394**
**damien.tancredi@flastergreenberg.com**