**Fill in this information to identify the case:**

Debtor name     One Off Rod & Custom, Inc.

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☒ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
ADT
P.O. Box 1578
Middletown, OH 45042

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

$0.00

---

**3.2** **Nonpriority creditor's name and mailing address**
Albert Krebs
45 Bangert Ave
Perry Hall, MD 21128

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

$0.00

---

**3.3** **Nonpriority creditor's name and mailing address**
Amtrust
800 Superior Ave. 20th Floor
Cleveland, OH 44114

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

$0.00

---

**3.4** **Nonpriority creditor's name and mailing address**
Anthony Gilberto
120 Ridgeland Rd
Wilmington, DE 19803

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

$10,680.56

---

**3.5** **Nonpriority creditor's name and mailing address**
Anthony Scarangello

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

$0.00

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor   One Off Rod & Custom, Inc.
          Name

Case number (if known)   _____

---

3.6   **Nonpriority creditor's name and mailing address**
Casella Waste Systems
P.O. Box 1371
Williston, VT 05495

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$0.00

---

3.7   **Nonpriority creditor's name and mailing address**
Chesapeake Utilities
P.O. Box 658
Dover, DE 19903

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$0.00

---

3.8   **Nonpriority creditor's name and mailing address**
Cintas
P.O. Box 631025
Cincinnati, OH 45263

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$0.00

---

3.9   **Nonpriority creditor's name and mailing address**
Colours Inc.
314 Gabor Dr
Newark, DE 19711

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$0.00

---

3.10   **Nonpriority creditor's name and mailing address**
Danny Bierig
3539 Rielly Ct.
Vineland, NJ 08360

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$0.00

---

3.11   **Nonpriority creditor's name and mailing address**
David Hill

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$0.00

---

3.12   **Nonpriority creditor's name and mailing address**
Delaware Division of Revenue

Attn: Bankruptcy Administrator
Carvel State Building
820 N. French St.
Wilmington, DE 19801

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$0.00

---

3.13   **Nonpriority creditor's name and mailing address**
Denise Mullin
208 N. Spring St.
Wilmington, DE 19807

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$0.00

---

Debtor   One Off Rod & Custom, Inc.                  Case number (if known) _____
           _Name_

| | | |
|---|---|---|
| **3.14** | **Nonpriority creditor's name and mailing address**<br>Department of Labor<br>P.O. BOX 9953<br>Wilmington, DE 19809 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |

Amount: $0.00

| | | |
|---|---|---|
| **3.15** | **Nonpriority creditor's name and mailing address**<br>Don Brennan<br>67 Ramapo Valley Rd.<br>Ste. 204<br>Mahwah, NJ 07430 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |

Amount: $0.00

| | | |
|---|---|---|
| **3.16** | **Nonpriority creditor's name and mailing address**<br>Ed Sears<br>85 Childs Pt Road<br>Annapolis, MD 21401 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |

Amount: $8,197.92

| | | |
|---|---|---|
| **3.17** | **Nonpriority creditor's name and mailing address**<br>Edward Conlan<br>142 Olivine Circle<br>Townsend, DE 19938 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |

Amount: $9,733.49

| | | |
|---|---|---|
| **3.18** | **Nonpriority creditor's name and mailing address**<br>Fattermerch<br>618 E. South St., Ste 510<br>Orlando, FL 32801 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |

Amount: $0.00

| | | |
|---|---|---|
| **3.19** | **Nonpriority creditor's name and mailing address**<br>Frank Barile<br>8206 Grainfield Rd<br>Severn, MD 21144 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |

Amount: $0.00

| | | |
|---|---|---|
| **3.20** | **Nonpriority creditor's name and mailing address**<br>Gary Gray<br>311 Christine Lane<br>Clayton, DE 19938 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |

Amount: $20,286.00

| | | |
|---|---|---|
| **3.21** | **Nonpriority creditor's name and mailing address**<br>Internal Revenue Service<br><br>PO Box 7346Centralized Insolvency Operation<br>Philadelphia, PA 19101-7346 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |

Amount: $0.00

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| | |
|---|---|
| Debtor __One Off Rod & Custom, Inc.___ | Case number (if known) _____ |
| _____Name_____ | |

| | | |
|---|---|---|
| **3.22** | **Nonpriority creditor's name and mailing address** | $0.00 |
| | Jack Craighton | |
| | 1914 Delaware Ave. | |
| | Wilmington, DE 19806 | |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset?    ☒ No    ☐ Yes

| | | |
|---|---|---|
| **3.23** | **Nonpriority creditor's name and mailing address** | $30,481.43 |
| | James Clark | |
| | 114 Marathon Dr | |
| | Middletown, DE 19709 | |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset?    ☒ No    ☐ Yes

| | | |
|---|---|---|
| **3.24** | **Nonpriority creditor's name and mailing address** | $0.00 |
| | Jay Johnson | |
| | 7905 Mt Harmany Rd | |
| | Owings, MD 20736 | |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset?    ☒ No    ☐ Yes

| | | |
|---|---|---|
| **3.25** | **Nonpriority creditor's name and mailing address** | $91,383.31 |
| | Jeff Chambers | |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset?    ☒ No    ☐ Yes

| | | |
|---|---|---|
| **3.26** | **Nonpriority creditor's name and mailing address** | $0.00 |
| | Jeff Craze | |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset?    ☒ No    ☐ Yes

| | | |
|---|---|---|
| **3.27** | **Nonpriority creditor's name and mailing address** | $0.00 |
| | Joe Longo | |
| | 9 Bayberry Way | |
| | Swedesboro, NJ 08085 | |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset?    ☒ No    ☐ Yes

| | | |
|---|---|---|
| **3.28** | **Nonpriority creditor's name and mailing address** | $28,775.18 |
| | John Upp | |
| | P.O. Box 703 | |
| | Cecilton, MD 21913 | |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset?    ☒ No    ☐ Yes

| | | |
|---|---|---|
| **3.29** | **Nonpriority creditor's name and mailing address** | $0.00 |
| | Julian Scott | |
| | 319 Putter St. | |
| | Townsend, DE 19734 | |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset?    ☒ No    ☐ Yes

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor     One Off Rod & Custom, Inc.                                Case number (if known)
                    _____
                    Name

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,390.24 |

3.30   **Nonpriority creditor's name and mailing address**
Keith Volz

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

$11,390.24

---

3.31   **Nonpriority creditor's name and mailing address**
Kelvin Bouldin
1206 Trillium Ct.
Belcamp, MD 21017

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

$0.00

---

3.32   **Nonpriority creditor's name and mailing address**
Lee Schmid
5055 Hazlettville Rd
Dover, DE 19904

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

$12,567.39

---

3.33   **Nonpriority creditor's name and mailing address**
Mark Allen
1614 Elkneck Rd
Elkton, MD 21921

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

$3,222.49

---

3.34   **Nonpriority creditor's name and mailing address**
Mark Keys

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

$0.00

---

3.35   **Nonpriority creditor's name and mailing address**
Michelle Craighton
1914 Delaware Ave
19806

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

$0.00

---

3.36   **Nonpriority creditor's name and mailing address**
Mike Gravenor
2300 Centerville Road
Wilmington, DE 19808

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

$10,354.16

---

3.37   **Nonpriority creditor's name and mailing address**
Mike Proceno

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

$0.00

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | One Off Rod & Custom, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.38 | **Nonpriority creditor's name and mailing address**<br>Nyquist Inc.<br>900 W. 34th St<br>Baltimore, MD 21211 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address**<br>Paul Davis Restoration<br>118 Sleepy Hollow Dr, Ste 1<br>Middletown, DE 19709 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address**<br>Peter Roe<br>137 Munroe Hall<br>Newark, DE 19716 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,197.92 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address**<br>Robert Mullin<br>208 N. Spring St.<br>Wilmington, DE 19807 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address**<br>Scott Luedtke | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address**<br>Sem<br>P.O. Box 987<br>New Castle, DE 19720 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address**<br>Sherry Potter<br>5 Karnik Court<br>Lincoln University, PA 19352 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address**<br>Staxpay<br>618 E South St, Ste 510<br>Orlando, FL 32801 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | One Off Rod & Custom, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,346.33 |
|---|---|---|---|

Thomas Bredahl
89 Club Ln
Earleville, MD 21919

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,308.04 |
|---|---|---|---|

Thomas Cessario

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Tim Hoover
1239 Bunker Hill Rd
Middletown, DE 19709

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Town of Middletown
19 W. Green St.
Middletown, DE 19709

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Trash Tech
PO Box 987
New Castle, DE 19720

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Travelers
P.O. Box 2989
Hartford, CT 06104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Verizon
1095 Avenue of the Americas
New York, NY 10036

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Waste Masters
19 Davidson Ln.
New Castle, DE 19720

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor      One Off Rod & Custom, Inc._____          Case number (if known) _____
                     Name

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

Waster Masters
19 Davidson Ln
New Castle, DE 19720

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _                          **Basis for the claim:** _

**Last 4 digits of account number** _                    Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,745.73 |

William Long
5 Sir Thomas Ln
New Castle, DE 19702

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _                          **Basis for the claim:** _

**Last 4 digits of account number** _                    Is the claim subject to offset?  ☒ No   ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.   Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
| --- | --- | --- |
| **5a. Total claims from Part 1** | 5a.   $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.  **+**  $ | 267,670.19 |
| **5c. Total of Parts 1 and 2**<br>     Lines 5a + 5b = 5c. | 5c.   $ | 267,670.19 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy