**Fill in this information to identify the case:**

Debtor name ___One Off Rod & Custom, Inc.___

United States Bankruptcy Court for the: ___DISTRICT OF DELAWARE___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                 **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest — Lease for the premises | |
| State the term remaining — Month-To-Month | |
| List the contract number of any government contract | Denise Mullin<br>208 N Spring St.<br>Wilmington, DE 19807 |

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                 Best Case Bankruptcy