**Fill in this information to identify the case:**

Debtor name    One Off Rod & Custom, Inc.

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)    26-10690

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*...................................................................................................    $     0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................    $     131,384.46

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................................    $     131,384.46

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $     175,000.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $     0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................    **+**$     267,670.19

4.   **Total liabilities** ....................................................................................................................
    Lines 2 + 3a + 3b     $     442,670.19

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy