| # | Equipment | Quantity | Per Unit | Total | $110,350 |
|---|---|---|---|---|---|
| 1 | 90-ton Niagara shop press brake 5 | 1 | $ 8,000 | $ 8,000 | |
| 2 | Do-All metal band saw | 1 | $ 1,500 | $ 1,500 | |
| 3 | ALZMetal radial arm drill press | 1 | $ 1,500 | $ 1,500 | |
| 4 | Bridgeport milling machine | 1 | $ 1,500 | $ 1,500 | |
| 5 | Harding metal lathe | 1 | $ 2,500 | $ 2,500 | |
| 6 | Rockwell belt sander | 1 | $ 300 | $ 300 | |
| 7 | Mittler Brothers 32-inch bead roller with dyes | 1 | $ 1,800 | $ 1,800 | |
| 8 | PEXTO 36-inch jump metal shear | 1 | $ 1,200 | $ 1,200 | |
| 9 | DI-ACRO corner notch shear | 1 | $ 800 | $ 800 | |
| 10 | Harbor Freight shear brake roller combo machine | 1 | $ 800 | $ 800 | |
| 11 | Woodward fab rotary shear | 1 | $ 750 | $ 750 | |
| 12 | Woodward fab metal shear | 1 | $ 350 | $ 350 | |
| 13 | Mitler Brothers louver press with dyes | 1 | $ 2,000 | $ 2,000 | |
| 14 | Louver press dyes and punches | 1 | $ 1,500 | $ 1,500 | |
| 15 | 3x10 heavy duty fab table | 1 | $ 3,500 | $ 3,500 | |
| 16 | 3x8 heavy duty fab table | 1 | $ 2,500 | $ 2,500 | |
| 17 | Tinsmith 48-inch jump shear | 1 | $ 2,500 | $ 2,500 | |
| 18 | Tinsmith 48-inch slip roller | 1 | $ 1,200 | $ 1,200 | |
| 19 | Central oscillating spindle drum sander | 1 | $ 250 | $ 250 | |
| 20 | Grizzly belt sander | 1 | $ 500 | $ 500 | |
| 21 | Classic 4 post lift | 1 | $ 1,500 | $ 1,500 | |
| 22 | Miller 350-amp tig welder | 1 | $ 800 | $ 800 | |
| 23 | Miller 225-amp mig welder | 1 | $ 1,200 | $ 1,200 | |
| 24 | ESAB 200-amp mig welder | 1 | $ 1,000 | $ 1,000 | |
| 25 | Vulcan 200-amp mig welder | 1 | $ 1,000 | $ 1,000 | |
| 26 | Lincoln 135-amp mig welder | 1 | $ 400 | $ 400 | |
| 27 | Vulcan 180-amp plasma cutter | 1 | $ 450 | $ 450 | |
| 28 | Atlas two post 7K lift | 1 | $ 2,000 | $ 2,000 | |
| 29 | Hydraulic table jack | 1 | $ 450 | $ 450 | |
| 30 | H&F tool cabinet | 1 | $ 400 | $ 400 | |
| 31 | Mac toolbox | 1 | $ 400 | $ 400 | |
| 32 | DIARCO rotary punch press | 1 | $ 2,500 | $ 2,500 | |
| 33 | Makita 14-inch chop saw | 1 | $ 150 | $ 150 | |
| 34 | H&F 20-ton shop press | 1 | $ 300 | $ 300 | |
| 35 | Atlas car lift 2 post | 1 | $ 2,000 | $ 2,000 | |
| 36 | Classic 7000 LB four post car lift | 1 | $ 2,000 | $ 2,000 | |
| 37 | Kaka 14-inch miter chop saw | 1 | $ 350 | $ 350 | |
| 38 | Woodward fab 20-inch miter bandsaw | 1 | $ 1,800 | $ 1,800 | |
| 39 | Tinsmith 36-inch finger box and break | 1 | $ 1,200 | $ 1,200 | |
| 40 | Bower 10-inch belt Sander | 1 | $ 250 | $ 250 | |
| 41 | Center mini bench top drill press | 1 | $ 150 | $ 150 | |
| 42 | BLAS equipment blast bead cabinet | 1 | $ 500 | $ 500 | |
| 43 | Woodward fab planishing pneumatic hammer | 1 | $ 500 | $ 500 | |
| 44 | Woodward fab English wheel and dies | 1 | $ 1,200 | $ 1,200 | |
| 45 | Wysong 48-inch pneumatic power metal shear | 1 | $ 2,500 | $ 2,500 | |
| 46 | Mittler Brothers shrinker stretcher for sheet metal | 1 | $ 850 | $ 850 | |
| 47 | Woodward high deck frame table | 1 | $ 4,500 | $ 4,500 | |
| 48 | Woodward low deck frame fab table | 1 | $ 4,500 | $ 4,500 | |
| 49 | Gossinger large floor drill press | 1 | $ 1,000 | $ 1,000 | |
| 50 | Napa spring strut compressor | 1 | $ 250 | $ 250 | |
| 51 | Cornwell transmission Jack | 1 | $ 1,250 | $ 1,250 | |
| 52 | Central 3-ton floor jacks | 3 | $ 100 | $ 300 | |
| 53 | Daytona 3-ton floor jacks | 2 | $ 200 | $ 400 | |
| 54 | 3-ton jack stand | 1 | $ 400 | $ 400 | |
| 55 | Central go jacks set of four | 1 | $ 500 | $ 500 | |
| 56 | Cornwell floor jacks set of four | 1 | $ 1,250 | $ 1,250 | |
| 57 | Clark 4000 LB forklift | 1 | $ 3,000 | $ 3,000 | |
| 58 | Eastwood frame rotisserie | 1 | $ 1,000 | $ 1,000 | |
| 59 | Heavy duty car frame rotisserie | 1 | $ 1,200 | $ 1,200 | |
| 60 | Heavy frame stand rotisserie | 1 | $ 800 | $ 800 | |
| 61 | Stock parts carts and caddies | 3 | $ 200 | $ 600 | |
| 62 | Industrial shelving | 1 | $ 2,500 | $ 2,500 | |
| 63 | C&H 10 horsepower 120-gauge air compressor | 1 | $ 2,500 | $ 2,500 | |
| 64 | 8x10 shipping container | 1 | $ 2,000 | $ 2,000 | |
| 65 | H&F engine stands | 4 | $ 100 | $ 400 | |
| 66 | H&F engine crane | 1 | $ 350 | $ 350 | |
| 67 | Shop cabinets | 5 | $ 100 | $ 500 | |
| 68 | Nut and bolt hardware inventory cabinet | 1 | $ 4,500 | $ 4,500 | |
| 69 | LED fireproof paint cabinet | 1 | $ 800 | $ 800 | |
| 70 | ZEP 1006 Unicure spray booth | 1 | $ 10,000 | $ 10,000 | |
| 71 | Folding tables | 10 | $ 50 | $ 500 | |
| 72 | Paint parts stands | 12 | $ 50 | $ 600 | |
| 73 | Eastwood aluminum stainless Polish buffers | 3 | $ 150 | $ 450 | |
| 74 | Compu-spot spot welder | 1 | $ 3,500 | $ 3,500 | |